WESTERN DISTRICT OF LOUISIANA

IN RE: GEORGE & GERALDINE M. PETERS        CASE NO.: 04-52760-LO-13

## TRANSMITTAL AND DEPOSIT OF UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the creditor's last known address is as follows:

**CITIBANK
P.O. BOX 9025
DES MOINES, IA 50368**

2.

Your Trustee's check for $ 17.48 payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this 9TH day of FEBRUARY, 2010.

KEITH A. RODRIGUEZ
STANDING TRUSTEE CHAPTER 13
P.O. BOX 3445
LAFAYETTE, LA 70502
(337) 233-4413